UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

MARK BRANNAN and
KELLY BRANNAN                                      CASE NO. 02-16647-MAM
                                                   Chapter 13
    Debtors.

---

MARK BRANNAN and
KELLY BRANNAN,

    Plaintiffs,

vs.                                                Adversary No. 04-

WELLS FARGO HOME MORTGAGE, INC.,

    Defendant.

### PLAINTIFFS' FIRST REQUEST FOR PRODUCTION TO DEFENDANT

Plaintiffs Mark Brannan and Kelly Brannan, pursuant to Bankruptcy Rule 7034 and Rule 34 of the Federal Rules of Civil Procedure, propound the following request for production to Defendant Wells Fargo Home Mortgage, Inc. ("Wells Fargo") to be responded to fully and completely within the time required by law.

### REQUEST FOR PRODUCTION

1.    Any and all documents and records, including but not limited to any organizational charts and lists, that reflect or identify the names and job titles of any of your present or former

managerial or supervisory employees or officers who have had any responsibilities or duties over any bankruptcy matters, areas or issues at any time from January 1, 1990 through the present.

**RESPONSE:**

2. Any and all documents and records, including but not limited to any organizational charts and lists, that reflect or identify the names and job titles of any of your present or former managerial or supervisory employees who have had, or may have had, any involvement or participation in the method or manner of preparing, executing, filing or using affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

3. Any and all documents and records, including but not limited to any organizational charts and lists, that reflect or identify the names and job titles of any of your present or former managerial or supervisory employees who have had, or may have had, any involvement or participation in the creation, formation, implementation and/or development of any of the policies, practices or procedures for preparing, executing, filing or using affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

4.      Any and all documents and records, including but not limited to any organizational charts and lists, that reflect or identify the names and job titles of any and all of your present or former employees who have or may have any knowledge or information about any of the policies, procedures or practices for preparing, executing, filing or using affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

5.      Any and all documents and records, including but not limited to any organizational charts and lists, that reflect or identify the names and job titles of any and all of your present or former employees who have or may have any knowledge or information about your relationship or dealings with the Brice Vander Linden & Wernick law firm, or any of its predecessor law firms.

**RESPONSE:**

6.      Any and all documents, manuals, letters, e-mails, memoranda, instructions, policies, practices, procedures, do's or don't's, guidelines, circulars, bulletins, and records which reflect, refer or relate to the manner or method of preparing, executing, filing or using affidavits

3

or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

7. Any and all documents and records which reflect or relate to the identity of any lawyers and/or law firms who prepared and/or filed, or are or were responsible for the preparation, execution, filing and/or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

8. Any and all documents and records which reflect or relate to the identity of any third parties who prepared and/or filed, or are or were responsible for the preparation, execution, filing and/or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

9. Any and all documents and records, e-mails, and correspondence which reflect or relate to any contract or agreement for compensation for any lawyers and/or law firms who prepared and/or filed, or are or were responsible for the preparation, execution, filing and/or use of affidavits or declarations on your behalf in Chapter13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

4

**RESPONSE:**

10. Any and all documents and records, e-mails, and correspondence which reflect or relate to any contract or agreement for compensation for any third parties who prepared and/or filed, or are or were responsible for the preparation, execution, filing and/or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

11. Any and all notes, memoranda, e-mails, letters, notes of telephone conversations, correspondence, and any other documents and communications between you or any of your present or former employees, agents or representatives, on the one hand, and any third parties or their present or former employees, agents or representatives, on the other hand, including but not limited to Fannie Mae, Freddie Mac, or any other mortgage loan investor or insurer, which refer or relate to the preparation, execution, filing, and/or use of affidavits or declarations in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

12. Any and all notes, memoranda, e-mails, letters, notes of telephone conversations, correspondence, and any other documents and communications between you or any of your present or former employees, on the one hand, and the Brice Vander Linden & Wernick law firm, or any

5

of its predecessors firms, or any of their present or former employees, on the other hand, which refer or relate to the preparation, execution, filing, and/or use of affidavits or declarations in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

13. Any and all notes, memoranda, e-mails, letters, reports, studies, proposals, notes of telephone conversations, correspondence and any other documents or records which mention, discuss, debate, criticize, refer to, relate to or describe any decisions, practices, policies or procedures relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

14. Any and all notes, memoranda, e-mails, letters, reports, studies, proposals, notes of telephone conversations, correspondence and any other documents or records which mention, discuss, debate, criticize, refer to, relate to or describe any of the Brice law firm's decisions, practices, policies, or procedures concerning or relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

15. Any and all correspondence, newsletters, flyers, instructions, brochures, proposals, e-mails or other documents or records exchanged or circulated between you or any of your present or former employees, on the one hand, and the Brice law firm or any of its present or former employees, on the other hand, relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


16. Any and all minutes or reports of any performance, investor time line compliance, business or any other reviews or meetings which discuss, refer or relate to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


17. Any and all account or loan histories, summaries, billing records, statements, and notices with respect to Plaintiffs' account(s), including but not limited to any and all loan balances, payment histories, transaction summaries, any and all fees or charges posted, charged, claimed, assessed, added, debited, reassessed, deleted, collected, removed, charged off, written off or credited, and hard copies of all computer stored information concerning Plaintiffs or Plaintiffs' account(s).

7

Case 04-01037    Doc 3    Filed 02/27/04    Entered 02/27/04 17:44:21    Desc Main
Document    Page 7 of 17

**RESPONSE:**

18. Any and all documents and records which reflect, refer or relate to any charges or fees which have been, or will be, assessed or added to or removed from the account of any class member, (whether paid or collected or not), including the amount of the fee or charge, the date of the fee or charge and the reason for the fee or charge.

**RESPONSE:**

19. Any and all documents and records which reflect, refer or relate to any cost savings or benefits or any evaluation or study of the advantages or disadvantages of any current or former practices, procedures, systems, manner or methods relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

20. Any and all documents and records which discuss, reflect, refer or relate to any current or former practices, procedures, systems, policies, manner or methods concerning or relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions, including but not limited to any documents or records which

8

refer or relate to any question, criticism, discussion, position, opinion, view, critique, comment or suggestion relating to:

    a.    whether any such practices, procedures, systems, policies, manner or method should be changed in any way.

    b.    whether any such practices, procedures, systems, policies, manner or method were or are in any way improper, unethical, illegal or otherwise wrong or violative of the Bankruptcy Code or Rules.

**RESPONSE:**


21.    Any and all documents, records, reports, graphs, charts, training manuals or materials, evaluations, or summaries which reflect, refer, or relate to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


22.    Any and all court orders, opinions or rulings (whether published or unpublished) in any proceeding in which you or any of your current or former agents, employees or representatives were or are a party, approving or disapproving of any current or former practices, procedures, systems, manner, or methods concerning or relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

9

**RESPONSE**

23. Any and all documents and records which reflect, refer or relate to any lawsuits, litigation, proceedings, complaints, charges or claims against you or any of your current or former agents, employees or representatives which allege that you have or may have improperly, wrongfully or illegally prepared, executed, filed or used an affidavit or declaration in a Chapter 13 or 7 bankruptcy case in support of a motion for relief from stay, motion for adequate protection or any similar motion.

**RESPONSE:**

24. Any and all complaints, complaint logs and documents and records which reflect, refer or relate to any complaints or criticisms relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

25. Any and all documents and records which reflect, refer or relate to any occasion, meeting, event, incident or instance where you, or any of your current or former employees, representatives or agents were told, instructed, warned, advised, directed, cautioned or ordered not to prepare, execute, file or use affidavits or declarations in a specific or particular manner or

10

respect in a Chapter 13 or 7 bankruptcy case in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


26. Any and all transcripts of deposition, hearing, trial or other sworn testimony or affidavits of any of your current or former employees, officers, agents or representatives in any lawsuit, regulatory proceeding, administrative proceeding or other proceeding which involves or relates in any way to:

    a. any aspect of the preparation, execution, filing or use of all affidavits or declarations in a Chapter 13 or 7 bankruptcy case in support of motions for relief from stay, motions for adequate protection or any similar motions.

    b. any allegations similar to or the same as any of the allegations in this case.

**RESPONSE:**


27. Any and all documents and records which reflect, refer or relate to any and all credits, adjustments, refunds, rebates, deletions, waivers of charges, amendments, charges, write offs, charge offs and any and all other changes or adjustments of any kind on or to any class members' accounts with respect to any fees or costs as a result of this lawsuit or otherwise.

**RESPONSE:**


28. Any and all documents and records which reflect, refer or relate to any and all plans, recommendations, considerations, proposals, studies, projects or decisions relating to any

completed or proposed or contemplated or considered credits, adjustments, re-assessments, debits, credits, removals, reinstatements, refunds, rebates, deletions, waivers of charges, amendments, charges, write offs, charge offs, or any other adjustment of any kind concerning any fees or charges posted, charged, claimed, assessed and/or collected from any class members' accounts, whether as a result of this lawsuit or otherwise.

**RESPONSE:**


29.     Any and all documents and records which reflect, refer or relate to any motion for relief from stay fees or charges or any similar fees or charges or any other fees or charges which have been, or will be or may be, posted, assessed, debited, collected, charged off, written off, removed or credited to or from the account of any class member.

**RESPONSE:**


30.     Any and all documents and records which reflect, refer or relate to each and every instance in which you filed, caused to be filed, or had filed on your behalf, an affidavit or declaration in a Chapter 13 or 7 bankruptcy case in support of a motion for relief from stay, motion for adequate protection or any similar motion.

**RESPONSE:**

31. The **original** of each and every affidavit or declaration that you filed, caused to be filed, or was filed on your behalf, in a Chapter 13 or 7 bankruptcy case in support of a motion for relief from stay, motion for adequate protection or any similar motion.

**RESPONSE:**


32. With respect to each and every instance in which you filed, caused to be filed, or had filed on your behalf, an affidavit or declaration in a Chapter 13 or 7 bankruptcy case in support of a motion for relief from stay, motion for adequate protection or any similar motion, any and all documents and records which reflect, refer or relate to any and all motion for relief from stay fees, charges, attorney fees or charges, bankruptcy fees, or any similar fees or charges posted, charged, or assessed.

**RESPONSE:**


33. Any and all affidavit forms, declaration forms and signature page forms, and any and all changes or revisions to any such forms, used by you or any lawyers or law firms or third parties who prepared or filed, or who are or were responsible for the preparation, execution, filing of use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


34. Any and all notes, memoranda, correspondence, reports, files, electronic mail messages (e-mail) and other electronic communications which may or may not be reduced to hard

13

copy in the normal course of business and which may be stored or archived on file servers, hard drives, hard or floppy disks or diskettes, back-up tapes, or other storage media, and all other documents or information of any description whatsoever, which have not been specifically requested herein above, and which reflect, refer or relate in any manner to any documents and records described in request nos. 1 through 33 above.

**RESPONSE:**


35. Any and all documents and records which you or your attorneys contend support any alleged factual and/or legal defenses to class certification and/or the merits that you have asserted or intend to or will assert.

**RESPONSE:**


36. With respect to each expert identified in your answer to Plaintiffs' Interrogatories or otherwise identified by you:

    a. Any and all standards, projections, actuarial data, regulations, papers, articles, reports, records, studies, analyses, charts, data compilations and any and all other documents, records and things which were or will be reviewed, studied, written, prepared or used for class certification hearing, the trial and/or the expert's deposition in this case.

    b. Any and all standards, projections, actuarial data, regulations, papers, articles, reports, records, studies, analyses, charts, data compilations and any and all other documents, records and things which were or will be

14

reviewed, studied, prepared or used by the expert which refer or relate to any of the allegations in the Complaint.

c. Any and all reports, studies, compilations, letters, memoranda, documents, records and things which reflect, refer or relate to any aspect of the expert's opinions or testimony.

37. Any and all insurance policies or contracts, bonds and indemnification agreements that afford or may afford you coverage with respect to any of the matters complained of or with respect to which any claim or notification was made or given as a result of this lawsuit.

**RESPONSE:**

38. Any and all documents and records that you or your attorneys searched, looked at and/or consulted to determine and/or compile any of your responses to Plaintiffs' interrogatories and requests for production.

**RESPONSE:**

39. Any and all documents and records which reflect, refer or relate to your document retention policy.

**RESPONSE:**

40. Any and all documents and records which reflect, refer or relate to your document retention policy as to affidavits or declarations filed on your behalf in Chapter 13 or 7 bankruptcy

15

cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


41.  As to any document or tangible thing which has not been produced because it has been destroyed, lost, or is no longer in your possession or control, please describe the document in detail, including its date of inception and last known date of existence along with a detailed statement regarding the substance and matters covered in said document.

**RESPONSE:**


42.  As to any document or tangible thing which you have withheld from production on the ground that (1) it was prepared in anticipation of litigation or for trial, (2) it is work product, or (3) it is privileged, please identify each document or tangible thing and answer the following concerning it:

    a.    Description of what the document is;

    b.    Name, address and employer of the author of the document, or the person taking the statement or the like;

    c.    The subject of the document;

    d.    Persons indicated thereon as having received copies;

    e.    The purpose for which the document was created and transmitted;

    f.    Degree of confidentiality with which it was treated both at the time of its creation and transmission and since that time.

g. Any other facts relevant to the elements of the particular privilege asserted.

**RESPONSE:**

        OLEN, NICHOLAS & COPELAND P.C.
        Post Office Box 1826
        Mobile, Alabama 36633
        251-438-6957


        /s/ Steve Olen
        STEVE OLEN (OLENS7621)


        /s/ Steven L. Nicholas
        STEVEN L. NICHOLAS (NICHS2021)


        /s/ Royce A. Ray, III
        ROYCE A. RAY, III (RAYRO9197)


        CABANISS, JOHNSTON, GARDNER, DUMAS
           & O'NEAL
        Post Office Box 2906
        Mobile, Alabama 36652
        251-433-6961

        /s/ Donald J. Stewart
        DONALD J. STEWART (STEWD1116)