UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

MARK BRANNAN and
KELLY BRANNAN

    Debtors.

CASE NO. 02-16647-MAM
Chapter 13

---

MARK BRANNAN and
KELLY BRANNAN,

    Plaintiffs,

vs.

Adversary No. 04-

WELLS FARGO HOME MORTGAGE, INC.,

    Defendant.

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT

Plaintiffs Mark Brannan and Kelly Brannan, pursuant to Bankruptcy Rule 7033 and Rule 33 of the Federal Rules of Civil Procedure, propound the following interrogatories to Defendant Wells Fargo Home Mortgage, Inc. ("Wells Fargo") to be responded to fully and completely within the time required by law.

## INTERROGATORIES

1. Identify the name, current or last known place of employment, and current or last known home address and telephone number of any of your present or former managerial or supervisory employees or officers who have had any responsibilities or duties over any bankruptcy matters, areas or issues at any time from January 1, 1990 through the present.

**RESPONSE:**

2. Identify the name, current or last known place of employment, and current or last known home address and telephone number of any of your present or former managerial or supervisory employees who have had, or may have had, any involvement or participation in the method or manner of preparing, executing, filing or using affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


3. Identify the name, current or last known place of employment, and current or last known home address and telephone number of any of your present or former managerial or supervisory employees who have had, or may have had, any involvement or participation in the creation, formation, implementation and/or development of any of the policies, practices or procedures for preparing, executing, filing or using affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


4. Identify the name, current or last known place of employment, and current or last known home address and telephone number of any and all of your present or former employees who have or may have any knowledge or information about any of the policies, procedures or practices for preparing, executing, filing or using affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

5. Identify the name, current or last known place of employment, and current or last known home address and telephone number of any and all of your present or former employees who have or may have any knowledge or information about your relationship or dealings with the Brice Vander Linden & Wernick law firm, or any of its predecessor law firms.

**RESPONSE:**


6. Identify the name, current or last known place of employment, and current or last known home address and telephone number of any and all of your present or former employees or representatives or anyone else (whether employed by you or not) who have ever questioned, criticized, discussed, debated, commented on, suggested changing or otherwise expressed an opinion, view, or position with respect to any of the policies, procedures or practices relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


7. Identify the name, current or last known place of employment, and current or last known address and telephone number of each and every person known to you or your attorneys who:

    a. Was involved in or present during any of the transactions or matters referred to in the Complaint.

    b. Has or may have any firsthand knowledge of any of the facts and circumstances relating to, or any of the events leading up to or following, any of the transactions, incidents, or communications referred to in the Complaint.

c. Has or may have any knowledge whatsoever of the facts and circumstances relating to, or any of the events leading up to or following, any of the transactions or communications referred to in the Complaint.

**RESPONSE:**

8. Identify the name, current or last known address and current or last known telephone number of each person known to you or your attorneys who may or claims to have seen or heard any of the parties, or any of their agents, representatives, employees or anyone acting on their behalf, make any statements pertaining to any of the affidavits, declarations, allegations, incidents, transactions or communications referred to in the Complaint.

**RESPONSE:**

9. Identify any and all lawyers, law firms and/or third parties who prepared and/or filed, or are or were responsible for the preparation, execution, filing and/or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

10. Identify any and all court orders, opinions or rulings (whether published or unpublished) in any proceeding in which you or any of your current or former agents, employees or representatives were or are a party, approving or disapproving of any current or former practices, procedures, systems, manner, or methods concerning or relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

4

Case 04-01037    Doc 4    Filed 02/27/04    Entered 02/27/04 17:45:53    Desc Main
                          Document      Page 4 of 8

**RESPONSE**

11. Identify any and all lawsuits, litigation, proceedings, complaints, charges or claims against you or any of your current or former agents, employees or representatives which allege that you have or may have improperly, wrongfully or illegally prepared, executed, filed or used an affidavit or declaration in a Chapter 13 or 7 bankruptcy case in support of a motion for relief from stay, motion for adequate protection or any similar motion.

**RESPONSE:**

12. Identify any and all complaints, complaint logs and documents and records which reflect, refer or relate to any complaints or criticisms relating to the preparation, execution, filing or use of affidavits or declarations on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

13. Identify each and every occasion, meeting, event, incident or instance where you, or any of your current or former employees, representatives or agents were told, instructed, warned, advised, directed, cautioned or ordered not to prepare, execute, file or use affidavits or declarations in a specific or particular manner or respect in a Chapter 13 or 7 bankruptcy case in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**

14. Identify any and all documents and records which reflect, refer or relate to each and every instance in which you filed, caused to be filed, or had filed on your behalf, an affidavit or declaration in a Chapter 13 or 7 bankruptcy case in support of a motion for relief from stay, motion for adequate protection or any similar motion.

**RESPONSE:**


15. If you or your attorneys contend that any act or omission of any party or entity other than Matrix Financial in any way caused or contributed to any of the matters alleged or complained of in the Complaint, identify the name and address of each other party or entity, and describe in detail each act or omission on the part of each such other party or entity which you contend caused or contributed to the matters alleged or complained of.

**RESPONSE:**


16. Identify and explain in detail your document retention policy.

**RESPONSE:**


17. Identify and explain in detail your document retention policy as to affidavits or declarations filed on your behalf in Chapter 13 or 7 bankruptcy cases in support of motions for relief from stay, motions for adequate protection or any similar motions.

**RESPONSE:**


18. As to any document or tangible thing which has not been produced because it has been destroyed, lost, or is no longer in your possession or control, please describe the document in detail, including its date of inception and last known date of existence along with a detailed statement regarding the substance and matters covered in said document.

**RESPONSE:**


19. As to any document or tangible thing which you have withheld from production on the ground that (1) it was prepared in anticipation of litigation or for trial, (2) it is work product,

6

or (3) it is privileged, please identify each document or tangible thing and answer the following concerning it:

    a. Description of what the document is;

    b. Name, address and employer of the author of the document, or the person taking the statement or the like;

    c. The subject of the document;

    d. Persons indicated thereon as having received copies;

    e. The purpose for which the document was created and transmitted;

    f. Degree of confidentiality with which it was treated both at the time of its creation and transmission and since that time.

    g. Any other facts relevant to the elements of the particular privilege asserted.

OLEN, NICHOLAS & COPELAND P.C.
Post Office Box 1826
Mobile, Alabama 36633
251-438-6957

/s/ Steve Olen
STEVE OLEN (OLENS7621)

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS (NICHS2021)

/s/ Royce A. Ray, III
ROYCE A. RAY, III (RAYRO9197)

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL
Post Office Box 2906
Mobile, Alabama 36652
251-433-6961

/s/ Donald J. Stewart
DONALD J. STEWART (STEWD1116)

8