IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | |
| MARK BRANNAN and | : | Case No. 02-16647-MAM |
| KELLY BRANNAN, | : | Chapter 13 |
| Debtors. | : | |
| MARK BRANNAN and | : | |
| KELLY BRANNAN, | : | |
| Plaintiffs, | : | |
| v. | : | |
| WELLS FARGO HOME MORTGAGE, INC., | : | Adversary Proceeding No. 04-01037 |
| Defendant. | : | |

## DEFENDANT WELLS FARGO'S DEMAND FOR JURY TRIAL

Defendant Wells Fargo Home Bank, N.A.[1] ("Wells Fargo"), hereby submits this demand for a jury trial as to all of the claims asserted in Plaintiffs' complaint and all of Wells Fargo's defenses.

This demand for jury trial is timely filed. See Fed. R. Civ. P. 38 (providing for demand of jury trial within ten days of last responsive pleading); Fed. R. Bankr. P. 9015 (applying Fed. R. Civ. P. 38 to bankruptcy).

Plaintiffs have brought this action alleging what the Court has characterized as fraud, abuse of process and improper notarization. See Compl.; Order Denying Mot. Dism. dated May 25, 2004, Thigpen v. Matrix Fin. Servs. Corp., Adv. No. 04-01035 (Bankr. S.D. Ala.); Order

---

[1] Wells Fargo Home Mortgage, Inc. merged into Wells Fargo Bank, N.A. effective May 8, 2004 and is now a division of the bank rather than a separate corporation.

dated May 25, 2004, Brannon v. Wells Fargo (adopting reasoning of Thigpen order). The Court has explained: "[The claims] for fraud and/or abuse of process or improper notarization are not bankruptcy created causes of action. These are general civil actions that are generally legal, not equitable in nature. Such actions are afforded a jury trial right." Order Denying Stay dated May 25, 2004 at 6, Thigpen v. Matrix Fin. Servs. Corp. (citing City of Monterey v. Del Monte Dunes at Monterey, Ltd., 526 U.S. 687 (1999)). The Court has also noted: "[W]hat plaintiff seeks is a private right of action . . . . It does not involve public rights, only private one and, therefore, a jury trial right exists." Id. at 7.

As Plaintiffs have asserted legal claims cognizable at common law, Wells Fargo has a constitutional right to a jury trial guaranteed by the Seventh Amendment to the United States Constitution. See Granfinanciera, S.A. v. Nordberg, 492 U.S. 33, 41 (1989). In accordance with its Seventh Amendment right, Wells Fargo demands trial by jury in this matter. Wells Fargo also hereby gives specific notice that it does not consent to trial before the Bankruptcy Judge in this matter, and, as stated in its Motion to Dismiss, it contends that this action is not a "core" proceeding.

                                           s/ Henry Callaway
                                           HENRY A. CALLAWAY, III    (CALLH4748)
                                           Attorney for Defendant Wells Fargo Bank, N.A., f/k/a
                                           Wells Fargo Home Mortgage, Inc.

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
(251) 694-6224

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon counsel for all parties electronically and by postage prepaid, United State Mail on this the 4th day of June, 2004.

                                                        s/ Henry Callaway

Steve Olen, Esq.  
Steven L. Nicholas, Esq.  
Royce A. Ray, III, Esq.  
Olen, Nicholas & Copeland, P.C.  
Post Office Box 1826  
Mobile, AL 36633  

Donald J. Stewart, Esq.  
Cabaniss, Johnston, Gardner,  
   Dumas & O'Neal  
Post Office Box 2906  
Mobile, Alabama 36652