UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

MARK BRANNAN and
KELLY BRANNAN                    CASE NO. 02-16647-MAM
                                 Chapter 13
    Debtors.

---

MARK BRANNAN and
KELLY BRANNAN,

    Plaintiffs,

vs.                              Adversary No. 04-01037

WELLS FARGO HOME MORTGAGE, INC.,

    Defendant.

## PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S JURY DEMAND

Plaintiffs Mark Brannan and Kelly Brannan, on behalf of themselves and all others similarly situated, respectfully move the Court to strike (a) Defendant Wells Fargo Home Mortgage's Demand for Jury Trial filed June 4, 2004 and (b) the jury demand contained in Wells Fargo's Answer filed June 9, 2004. As grounds and in support hereof, Plaintiffs incorporate as if fully set forth herein Plaintiffs' Memorandum (1) In Opposition to Defendant's Motion for Withdrawal of the Reference and (2) In Support of Plaintiffs' Motion to Strike Defendant's Jury Demand.

CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL
Attorneys for Plaintiffs
Post Office Box 2906
Mobile, Alabama 36652
251-433-6961


/s/ Donald J. Stewart
DONALD J. STEWART (STEWD1116)


OLEN, NICHOLAS & COPELAND P.C.
Attorneys for Plaintiffs
Post Office Box 1826
Mobile, Alabama 36633
251-438-6957


/s/ Steve Olen
STEVE OLEN (OLENS7621)


/s/ Royce A. Ray, III
ROYCE A. RAY, III (RAYRO9197)

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 17th day of June, 2004, served a copy of the foregoing pleading on all counsel listed below by mailing same by United States mail, properly addressed, and first class postage prepaid.

Henry A. Callaway, III
Hand, Arendall, L.L.C.
Post Office Box 123
Mobile, Alabama 36601


/s/ Steve Olen
STEVE OLEN

2